# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Nova Group/Tutor-Saliba, a Joint Venture ) | ASBCA No. 60312 |
| ) | |
| Under Contract No. N44255-08-C-6000 ) | |

APPEARANCES FOR THE APPELLANT:     G. Scott Walters, Esq.
                                                             Steven L. Reed, Esq.
                                                               Smith, Currie & Hancock LLP
                                                               Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
                                                                      Navy Chief Trial Attorney
                                                                    David M. Marquez, Esq.
                                                                    Russell A. Shultis, Esq.
                                                                    Trial Attorneys

## ORDER OF DISMISSAL

By Order dated 22 July 2016, the United States Court of Federal Claims transferred this appeal to that court pursuant to 41 U.S.C. § 7107(d). Accordingly, this appeal is dismissed from the Board's docket.

Dated: 1 August 2016

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60312, Appeal of Nova Group/Tutor-Saliba, a Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals